UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADALYNE BARNES | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:22-CV-165 |
| vs. | ) |
| | ) Judge Stephanie L. Haines |
| | ) |
| FESTIVAL FUN PARKS, LLC | ) |
| D/B/A PALACE ENTERTAINMENT | ) |
| (IDLEWILD @ SOAKZONE) | |
| Defendant. | |

## STIPULATION FOR VOLUNTARY DISMISSAL

AND NOW, come the parties, by their respective counsel, and hereby stipulate that the action be and hereby is dismissed with prejudice under Fed.R.Civ.P. 41(a), with each party to bear their own attorneys' fees and costs.

Dated: November 10, 2025                                           Respectfully submitted,

/s/ Thomas B. Anderson
Thomas B. Anderson, Esq.
Attorney ID No. 79990
tanderson@bordas.law.com
BORDAS AND BORDAS, PLLC
420 Fort Duquesne Boulevard
Suite 1800
Pittsburgh, PA 15222
(412) 502-5000

*Attorneys for Plaintiff*

By: /s/ Deniz Uzel Reilly
Deniz Uzel Reilly, Esquire
Kayla M. Panek, Esquire
FISHER & PHILLIPS LLP
Two Logan Square, 12th
Floor 100 N. 18th Street
Philadelphia, PA 19103
(610) 230-6102 (phone)
dreilly@fisherphillips.com
kpanek@fisherphillips.com

*Counsel for Respondent*
*Festival Fun Parks, LLC*

AND NOW, this 17th day of November, 2025,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE